**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADRIAN JOEL GARCIA-GARCIA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-6902** |
| | : | |
| **J.L. JAMISON; JOHN E. RIFE; MARKWAYNE MULLIN; U.S. DEPARTMENT OF HOMELAND SECURITY** | : | |

# ORDER

**AND NOW**, this 11th day of September 2026, upon consideration of Adrian Joel Garcia-Garcia's petition for writ of *habeas corpus* (DI 1), it is **ORDERED** that:

1. No later than **September 16, 2026**, the government shall file a response to the petition (DI 1). Petitioner shall file any reply to the government's response no later than **September 18, 2026**.

2. Pending consideration of the petition, the government **SHALL NOT TRANSFER** petitioner out of the Eastern District of Pennsylvania. *See Kuprashvili v. Flanagan*, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the status quo).

/s/John F. Murphy

**MURPHY, J.**