**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ADRIAN JOEL GARCIA-GARCIA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-6902** |
| | : | |
| **J.L. JAMISON, et al** | : | |
| | : | |

## ORDER

**AND NOW**, this 14th day of October, 2026, upon the filing of the Motion for Reconsideration by the Petitioner (DI 9), it is **ORDERED** that counsel shall respond to the Motion for Reconsideration (DI 9) by **October 21, 2026.**

**MURPHY, J.**